

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiffs,<br>v.<br><br>BERNIE'S, INC., a Delaware Corporation; D&A PARTNERSHIP, a California Partnership between Weekend Productions, Inc., a Delaware Corporation, and ArtimM s.r.l.,<br><br>Defendants. | Case No. CV 98-6325 R (BQRx)<br><br>[PROPOSED] ORDER RENEWING JUDGMENT<br><br>[F.R.C.P. 69] |

Based on the application for judgment renewal by Plaintiffs and Judgment Creditors, the Declaration of Peter S. Dickinson in support thereof, the pleadings and documents on file herein, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment entered herein in favor of the DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN on March 3, 1999 shall be renewed in the principal amount of $ 51,574.64 against BERNIE'S, INC., a Delaware Corporation; D&A PARTNERSHIP, a California Partnership

between Weekend Productions, Inc., a Delaware Corporation, and ArtimM s.r.l., jointly and severally.

DATED: 3/2/09

_____
UNITED STATES DISTRICT JUDGE